1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 13CR3407-H |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| BALTAZAR CHARLES CHAVEZ (1), aka Isaias Mendez-Solorzano, aka Baltazar Chavez-Munguia, | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Baltazar Charles Chavez is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: October 8, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT